UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEFFERY MARCUS GRAY,

    Plaintiff,

v.        CASE NO.:   6:17-cv-118-Orl-37GJK

WAYNE IVEY, in his capacity as
Sheriff of Brevard County, Florida; and
BRIAN STOLL, individually,

    Defendants.
_____/

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff JEFFERY MARCUS GRAY and Defendants WAYNE IVEY, in his capacity as Sheriff of Brevard County, Florida, and BRIAN STOLL, individually, by and through undersigned counsel, respectfully request the Court to enter an Order dismissing this case with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(2). The grounds for the motion are as follows:

1. This is a case arising from the arrest of Plaintiff in October 2013 in Brevard County, Florida.

2. The complaint has a 42 U.S.C. § 1983 false arrest claim against Defendant Stoll, in his individual capacity, and a state law false arrest claim against Defendant Sheriff, in his official capacity.

3. The parties through counsel have conducted discovery and otherwise investigated the case, and per discussions between Plaintiff's counsel and the liability carrier for Defendants

through defense counsel a few days prior to the scheduled mediation on April 13th, 2018, a resolution of the matter was agreed to. Said settlement is reflected by a settlement agreement.

4. The mechanics of the settlement process have been completed, and case is due for dismissal and to be closed.

5. The parties have agreed that each side is to bear their own costs and attorney's fees in this case.

WHEREFORE, Plaintiff JEFFERY MARCUS GRAY, and Defendants WAYNE IVEY, in his capacity as Sheriff of Brevard County, Florida, and BRIAN STOLL, individually, by and through undersigned counsel, request the Court to enter an Order pursuant to Fed. Rule Civ. Pro. 41(a)(2) dismissing this case with prejudice.

Dated: August 15, 2018

*s/ Andrew M. Bonderud*
ANDREW M. BONDERUD
Florida Bar No.: 102178
Email: *bonderudlaw@gmail.com*
THE BONDERUD LAW FIRM, P.A.
301 W. Bay Street, #1433
Jacksonville, Florida 32202
Telephone: 904-438-8082
Facsimile: 904-800-1482
Attorneys for Plaintiff

Dated: August 15, 2018

D. ANDREW DeBEVOISE
Florida Bar No.: 0281972
Email: *debevoise@debevoisepoulton.com*
DeBEVOISE & POULTON, P.A.
Lakeview Office Park, Suite 1010
1035 S. Semoran Boulevard
Winter Park, Florida 32792
Telephone: 407-673-5000
Facsimile: 407-673-5059
Attorneys for Defendants Sheriff and Stoll

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  15th  day of August, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Andrew M. Bonderud, Esquire** (*BonderudLaw@gmail.com*), The Bonderud Law Firm, P.A., 301 W. Bay Street, #1433, Jacksonville, Florida 32202.

D. ANDREW DeBEVOISE
Florida Bar No.:  0281972
Email: *debevoise@debevoisepoulton.com*
DeBEVOISE & POULTON, P.A.
Lakeview Office Park, Suite 1010
1035 S. Semoran Boulevard
Winter Park, Florida  32792
Telephone:  407-673-5000
Facsimile:  407-673-5059
Attorneys for Defendants Sheriff and Stoll